IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JAY R. FLETCHER AND
HEATHER W. FLETCHER,

        Plaintiffs,

v.

PINNACLE CONTRACTING GROUP, LLC,
RANDALL BROCK, RACHEL BROCK, and
RODNEY BROCK,

        Defendant.

Case No. 1:22-cv-00036-GHD-DAS
JURY DEMANDED

ORDER OF DISMISSAL WITH PREJUDICE

On August 2, 2022, this Court entered an Order Dismissing Action without prejudice (Ct. Dkt. 27). The case was dismissed without prejudice based upon the parties' representation that the case had been resolved or was in the process of being resolved. The Court has now been advised that the parties have entered into a binding Settlement Agreement.

**IT IS THEREFORE ORDERED** that the above-styled and numbered action is **DISMISSED WITH PREJUDICE**, and each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED**, this 17th day of April, 2023.

_____
SENIOR U.S. DISTRICT JUDGE

APPROVED:

/s/JAMES M. SIMPSON
JAMES M. SIMPSON, MS BAR 103823
SIMPSON & LILLIE, PLLC
265 North Lamar Boulevard, Suite D
Oxford, Mississippi 38655
Telephone: 662-638-3235

ATTORNEY FOR PLAINTIFFS



/s/JAY M. ATKINS w/permission by JMS
JAY M. ATKINS, MS BAR 100513
MCANGUS, GOUDELOCK & COURIE, LLC
119 North 9th Street
Oxford, Mississippi 38655
Telephone: 662-281-7871

ATTORNEY FOR DEFENDANTS